# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terence William McDonough, et al., | No. CV-24-00764-PHX-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| Michael J Bidwill, et al., | |
| Defendants. | |

Michael W. Caspino has appeared as one of Plaintiffs' attorneys in this action and has signed or jointly signed several of Plaintiffs' filings. (Docs. 26, 33, 65.) Mr. Caspino is also identified as counsel of record in the caption and/or signature block of several other of Plaintiffs' filings. (Docs. 51, 54, 64.)

It has now come to the Court's attention that although Mr. Caspino was once admitted to practice in the United States District Court for the District of Arizona, he was suspended from practicing in this District some time ago. Under LRCiv 83.1(b), and with limited exceptions that are inapplicable here, "only members of the bar of this Court may practice in this District." Under LRCiv 83.1(e), "[a]n attorney who . . . during disbarment or suspension exercises any of the privileges of a member of this bar, or who pretends to be entitled to do so, is subject to appropriate sanctions after notice and opportunity to be heard."

This upcoming Thursday, February 13, 2025, at 9:30 am, the Court is scheduled to hear oral argument on Defendants' motions to compel arbitration and to dismiss. It should

go without saying that Mr. Caspino will not be allowed to present oral argument on Plaintiffs' behalf during that hearing due to his suspended status. Nevertheless, if Mr. Caspino wishes to be heard regarding the LRCiv 83.1 issues addressed above, the Court will provide him with an opportunity to speak at the beginning of the hearing regarding those issues.

Dated this 10th day of February, 2025.

Dominic W. Lanza
United States District Judge